AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| DYLAN LAMOREAUX, Individually and On Behalf of All Others Similarly Situated, <br><br> *Plaintiff(s)* <br> v. <br><br> BEN E. KEITH COMPANY <br><br> *Defendant(s)* | Civil Action No. 4:23-cv-1121 -P |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  
BEN E. KEITH COMPANY  
c/o CT CORPORATION SYSTEM  
1999 Bryan Street, Suite 900  
Dallas, Texas 75201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  
Josh Sanford  
SANFORD LAW FIRM, PLLC  
Kirkpatrick Plaza  
10800 Financial Centre Parkway, Suite 510  
Little Rock, Arkansas 72211  
501-221-0088; josh@sanfordlawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: November 7, 2023

s/ M. Wills

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   4:23-CV-1121-P

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Ben E Keith Company**
was recieved by me on  **11/10/2023:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **CT Corporation System**, who is designated by law to accept service of process on behalf of **Ben E Keith Company** at **1999 Bryan Street Suite 900, Dallas, TX 75201** on **11/10/2023 at 9:39 AM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 114.00** for services, for a total of **$ 114.00**.

I declare under penalty of perjury that this information is true.

Date:   11/10/2023

_____
*Server's signature*

**Adebola Olawaye**
*Printed name and title*

**4004 windswept way**
**Forney, TX 75126**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to CT Corporation System with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a black-haired Hispanic male contact 25-35 years of age and 5'6"-5'8" tall.**




Tracking #: **0117912370**