UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **DYLAN LAMOREAUX,** *individually and on behalf of all others similarly situated,* § § § | | |
| *Plaintiff,* § § | **Case No. 4:23-cv-1121** | |
| v. § § | **CLASS ACTION COMPLAINT** | |
| **BEN E. KEITH COMPANY,** § § | | |
| *Defendant.* § § § | | |

### DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS

NOW COME, Defendant Ben E. Keith and respectfully file this Unopposed Motion for Extension of Time to File Responsive Pleadings in the above-numbered and styled case, and would show the Court as follows:

1. On November 6, 2023, Plaintiff filed their Complaint.

2. On November 10, 2023, Defendant was served with a copy of this Complaint.

3. On November 28, 2023, Counsel for the Defendant conferred with Counsel for the Plaintiff regarding an extension of the Defendant's deadline to file a Responsive Pleading. Counsel for the Plaintiff agreed to extend Defendant's deadline to Wednesday, January 3, 2024.

4. This brief extension will not prejudice the parties or the Court.

WHEREFORE, for the foregoing reasons, Plaintiff and Defendant pray that this Court grant Defendant's Unopposed Motion for Extension of Time to File Responsive Pleadings until January 3, 2024.

Respectfully submitted,

**GORDON REES SCULLY MANSUKHANI, LLP**

*/s/ Christopher S. Norcross*
**CHRISTOPHER S. NORCROSS**
cnorcross@grsm.com
State Bar No. 24081677
2200 Ross Avenue, Suite 3700
Dallas, TX 75201
(214) 231-4753 (Telephone)
(214) 461-4053 (Facsimile)

**GORDON REES SCULLY MANSUKHANI, LLP**

**BRIAN E. MIDDLEBROOK***
bmiddlebrook@grsm.com
**JUSTIN M. HOLMES***
jholmes@grsm.com
1 Battery Park Plaza, 28th Floor
New York, NY  10004
Telephone: (212) 453-0708

* *pro hac vice* Forthcoming

**ATTORNEYS FOR DEFENDANT
BEN E. KEITH COMPANY**

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing document was served on all counsel of record pursuant to the FEDERAL RULES OF CIVIL PROCEDURE via the court's electronic filing system.

*/s/ Christopher S. Norcross*
**CHRISTOPHER S. NORCROSS**

## CERTIFICATE OF CONFERENCE

After conferring with Plaintiff's counsel regarding an extension of time to file responsive pleadings, counsel for the Defendant files this Motion unopposed.

*/s/ Christopher S. Norcross*
**CHRISTOPHER S. NORCROSS**